**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Michael Emalfarb

                      Plaintiff,

v.                                        Case No.: 1:25−cv−12220

                                        Honorable Lindsay C. Jenkins

Seminole Hard Rock Digital, LLC d/b/a Hard Rock Bet

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 29, 2026:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's motion to dismiss [37] is granted. See the attached order for further details. Because Plaintiff has already had one opportunity to amend, this dismissal is with prejudice. The clerk is directed to enter a Rule 58 judgment in favor of Defendant Seminole Hard Rock Digital and against Plaintiff Michael Emalfarb. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.