ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Michael Emalfarb,

Plaintiff(s),

v.

Seminole Hard Rock Digital, LLC d/b/a Hard Rock Bet,

Defendant(s).

Case No. 25 C 12220
Judge Lindsay C. Jenkins

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendant's motion to dismiss is granted.  Judgment is entered in favor of Defendant Seminole Hard Rock Digital, LLC d/b/a Hard Rock Bet and against Plaintiff Michael Emalfarb.  Civil case closed.

---

This action was *(check one)*:

☐ tried by a jury with Judge Lindsay C. Jenkins presiding, and the jury has rendered a verdict.
☐ tried by Judge Lindsay C. Jenkins without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion.

Date:  7/29/2026                    Thomas G. Bruton, Clerk of Court

                                     Jackie Deanes, Deputy Clerk